AO 451 (Rev. 12/93) [MD Rev. 03/01] Certification of Judgment

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

Renuka Misra

V.

Xcchem International, Inc.

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number:   AMD 08 cv 307

I, Felicia C. Cannon, _____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action ___4/1/08___ , as it
                                                                                                                                                                                        Date
appears in the records of this court, and that

* no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4 (a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

May 16, 2008
Date

Felicia C. Cannon
Clerk

*Kay Owens*
(By) Deputy Clerk

---

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| RENUKA MISRA<br><br>　　　　Plaintiff,<br><br>v.<br><br>XECHEM INTERNATIONAL, INC.,<br><br>　　　　Defendant. | Civil Action No.: AMD 08 CV 307<br><br>**JUDGMENT** |

Upon consideration of Plaintiff Renuka Misra's ("Misra") Application for Default Judgment against Defendant Xechem International, Inc. ("Xechem"), the supporting affidavits filed therewith, the evidence presented at the March 31, 2007 hearing before this Court, and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** that judgment is entered in favor of Misra and against Xechem in the principal amount of $1,000,000.00; and it is further

**ORDERED** and **ADJUDGED** that post-judgment interest on $491,145.57 of the judgment, which represents the outstanding principal and interest owed by Xechem to Misra pursuant to the Promissory Notes, shall accrue at the rate of 15% per annum beginning March 31, 2008; and it is further

**ORDERED** and **ADJUDGED** that post-judgment interest on the remaining $508,854.43 of the judgment shall accrue at the rate of 1.56% per annum pursuant to 28 U.S.C.A. § 1961(a) beginning March 31, 2008; and it is further

**ORDERED** and **ADJUDGED** that Misra shall be entitled to her attorney's fees and costs incurred in connection with her claim pursuant to Md. Code Ann., Labor and Employment § 3-507.1(b); and it is further

**ORDERED** that counsel to Misra shall submit an affidavit summarizing the attorney's fees and costs incurred by Misra in connection with her claim pursuant to Md. Code Ann., Labor and Employment § 3-507.1(b).

SO ORDERED:

___/s/_____
The Honorable Andre M. Davis

I hereby attest and certify on 5/16/08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody
FELICIA C. CANNON
CLERK, U. S. DISTRICT COURT
DISTRICT OF MARYLAND

By ___K. Owens___ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RENUKA MISRA,
    Plaintiff

v.      Civil No. AMD 08-307

XCHEM INTERNATIONAL, INC.,
    Defendant

...oOo...

## AMENDED JUDGMENT
### Correction of Clerical Mistake

IT IS HEREBY ORDERED this 7th day of May, 2008,

1. That on page 1 of 2 of the Judgment filed herein on March 31, 2008, the "Date of Judgment" is amended to read "March 31, 2008," as reflected in the docket entry;

2. That the Judgment Order otherwise remains in effect; and

3. That the Clerk shall transmit copies of this order to all parties.

/s/
ANDRE M. DAVIS
United States District Judge

5/16/08

I hereby attest and certify on ___ that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By /s/ T. Owen    Deputy