IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RENUKA MISRA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  08 CV 3231 |
| | ) | |
| XECHEM INTERNATIONAL, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

To:    See Electronic Service List

      PLEASE TAKE NOTICE that on June 17, 2008 the undersigned caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division the Affidavit of Special Process Server evidencing service of the Citation to Discover Assets and Notice of Citation issued to Cezar M. Froehlich as Registered Agent or any other Officer or Agent of Shefsky & Froehlich, Ltd., a copy of which is attached.

      /s/ Gini S.Marziani
      One of Plaintiff's Attorneys

Gini S. Marziani
Davis McGrath LLC
125 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
(312) 332-3033 (phone)
(312) 332-6376 (fax)

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that the Notice of Filing and the Affidavit of Special Process Server evidencing service of the Citation to Discover Assets and Notice of Citation issued to Cezar M. Froehlich as Registered Agent or any other Officer or Agent of Shefsky & Froehlich, Ltd., a copy of which was served on counsel of record through the Court's electronic filing system at or before 5:00 p.m. on June 17, 2008.

      /s/ Gini S. Marziani

ClientCaseID: ANDREW JOSEPH
Law Firm ID: DAVISMAN


*188215A*

CaseReturnDate: 6/19/08

Affidavit of **SPECIAL PROCESS SERVER**

## UNITED STATES DISTRICT COURT

Case Number **08CV3231**

I, LARUE BEY

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN CITATION TO DISCOVER ASSETS
ON THE WITHIN NAMED DEFENDANT MITCHELL GOLDSMITH, AS AGENT OF SHEFSKY & FROELICH, LTD.
PERSON SERVED MITCHELL GOLDSMITH (REGISTERED AGENT)
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 6/6/08

That the sex, race and approximate age of the person whom I left the CITATION TO DISCOVER ASSETS
are as follow:

Sex MALE    Race WHITE    Age 50s
Height 5'7"    Build AVERAGE    Hair SALT & PEPPER

LOCATION OF SERVICE  111 E WACKER DR STE. 2800
CHICAGO, IL, 60611

Date Of Service 6/6/08    Time of Service 3:27 PM

LARUE BEY    6/10/2008
SPECIAL PROCESS SERVER
PERC # 129-299771

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

TOTAL P.02