IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RENUKA MISRA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  08 CV 3231 |
| | ) | |
| XECHEM INTERNATIONAL, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

To:    See Electronic Service List

    PLEASE TAKE NOTICE that on June 17, 2008 the undersigned caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division the Affidavit of Special Process Server evidencing service of the Citation to Discover Assets and Notice of Citation issued to Mitchell Goldsmith, individually, as Registered Agent for Xechem, Inc., and as an Officer or Agent for Xechem International, Inc. a/k/a Xechem, Inc., a copy of which is attached.

/s/ Gini S.Marziani
One of Plaintiff's Attorneys

Gini S. Marziani
Davis McGrath LLC
125 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
(312) 332-3033 (phone)
(312) 332-6376 (fax)

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, certifies that the Notice of Filing and the Affidavit of Special Process Server evidencing service of the Citation to Discover Assets and Notice of Citation issued to Mitchell Goldsmith, individually, as Registered Agent for Xechem, Inc., and as an Officer or Agent for Xechem International, Inc. a/k/a Xechem, Inc., were served on counsel of record through the Court's electronic filing system at or before 5:00 p.m. on June 17, 2008.

/s/ Gini S. Marziani

ClientCaseID:  ANDREW JOSEPH
Law Firm ID:  DAVISMAN


*  1 8 8 2 0 8 A  *

CaseReturnDate:  6/19/08

Affidavit of  SPECIAL PROCESS SERVER

## UNITED STATES DISTRICT COURT

Case Number **08CV3231**

I, LARUE BEY

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## PERSONAL SERVICE

THAT I SERVED THE WITHIN        CITATION TO DISCOVER ASSETS
ON THE WITHIN NAMED DEFENDANT     **MITCHELL GOLDSMITH**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY    6/6/08

That the sex, race and approximate age of the person whom I left the   CITATION TO DISCOVER ASSETS
are as follow:

Sex  MALE    Race  WHITE    Age  50s

Height  5'7"    Build  AVERAGE    Hair  SALT & PEPPER

LOCATION OF SERVICE    **111 E WACKER DR STE. 2800**
**CHICAGO, IL, 60611**

Date Of Service   6/6/08    Time of Service   3:27 PM

LARUE BEY
**SPECIAL PROCESS SERVER**
PERC # 129-299771

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

From: 312 853 0107      Page: 4/5      Date: 6/9/2008 5:08:28 PM

ClientCaseID:  ANDREW JOSEPH          CaseReturnDate:  6/19/08
Law Firm ID:   DAVISMAN



Affidavit of SPECIAL PROCESS SERVER

## UNITED STATES DISTRICT COURT

Case Number **08CV3231**

I, LARUE BEY

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001242 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  CITATION TO DISCOVER ASSETS
ON THE WITHIN NAMED  DEFENDANT  XECHEM INTERNATIONAL, INC.
PERSON SERVED  MITCHELL GOLDSMITH (REGISTERED AGENT)
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 6/6/08

That the sex, race and approximate age of the person whom I left the   CITATION TO DISCOVER ASSETS
are as follow:   Sex  MALE    Race  WHITE    Age  50s

Height  5'7"    Build  AVERAGE    Hair  SALT & PEPPER

LOCATION OF SERVICE   111 E WACKER DR STE. 2800
CHICAGO, IL, 60611

Date Of Service   6/6/08          Time of Service   3:27 PM

LARUE BEY
SPECIAL PROCESS SERVER
PERC # 129-299771

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

**ClientCaseID:** ANDREW JOSEPH
**Law Firm ID:** DAVISMAN


\* 1 8 8 2 0 8 A \*

**CaseReturnDate:** 6/19/08

**Affidavit of SPECIAL PROCESS SERVER**

# UNITED STATES DISTRICT COURT

Case Number **08CV3231**

I, **LARUE BEY**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN   **CITATION TO DISCOVER ASSETS**
ON THE WITHIN NAMED  DEFENDANT  **XECHEM, INC.**
PERSON SERVED **MITCHELL GOLDSMITH (REGISTERED AGENT)**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **6/6/08**

That the sex, race and approximate age of the person whom I left the    **CITATION TO DISCOVER ASSETS**
are as follow:

| | | | | | | |
|---|---|---|---|---|---|---|
| **Sex** | MALE | **Race** | WHITE | **Age** | 50s | |
| **Height** | 5'7" | **Build** | AVERAGE | **Hair** | SALT & PEPPER | |

LOCATION OF SERVICE   **111 E WACKER DR STE. 2800**
**CHICAGO, IL, 60611**

Date Of Service   6/6/08        Time of Service   **3:27 PM**

_LaRue Bey_   6/10/2008

LARUE BEY
**SPECIAL PROCESS SERVER**
PERC # 129-299771

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

_LaRue Bey_