## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Renuka Misra

                        Plaintiff,

v.                                                     Case No.: 1:08−cv−03231
                                                       Honorable James B. Moran

Xechem International, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable James B. Moran: Citation to discover assets hearing set for 6/19/2008 is entered and continued to 8/13/2008 at 09:00 AM. as to Mitchell Goldsmith, individually and as a officer or agent for Xechem International, Inc. and as to Cezar M. Froelich as Registered Agent or any other Officer or Agent of Shefsky & Froelich, Ltd.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.