IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RENUKA MISRA, | ) |
|        Plaintiff, | ) |
| v. | ) Case No. 08 CV 3231 |
| XECHEM INTERNATIONAL, INC. | ) |
|        Defendants. | ) |

## AFFIDAVIT OF SERVICE OF CITATION

To:   See Electronic Service List

PLEASE TAKE NOTICE that on June 25, 2008 the undersigned caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division the Affidavit of Special Process Server evidencing service of the Citation to Discover Assets issued to Kenneth A. Henry, individually, and as an Officer or Agent for Xechem International, Inc., a copy of which is attached.

/s/ Gini S. Marziani
One of Plaintiff's Attorneys

Gini S. Marziani
Davis McGrath LLC
125 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
(312) 332-3033 (phone)
(312) 332-6376 (fax)

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the Affidavit of Service of Citation and the Affidavit of Special Process Server evidencing service of the Citation to Discover Assets and Notice of Citation issued to Mitchell Goldsmith, individually, as Registered Agent for Xechem, Inc., and as an Officer or Agent for Xechem International, Inc. a/k/a Xechem, Inc., were served on counsel of record through the Court's electronic filing system at or before 5:00 p.m. on June 25, 2008.

/s/ Gini S. Marziani

From: 3128533119    Page: 2/3    Date: 6/24/2008 3:55:57 PM

ClientCaseID: MARZIAN1
Law Firm ID: DAVISMAN


*189844A*

CaseReturnDate: 7/16/08

Affidavit of SPECIAL PROCESS SERVER

## UNITED STATES DISTRICT COURT

Case Number 08CV3231

I, LARUE BEY

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## PERSONAL SERVICE

THAT I SERVED THE WITHIN   CITATION TO DISCOVER ASSETS
ON THE WITHIN NAMED DEFENDANT   KENNETH A. HENRY
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY   6/24/08

That the sex, race and approximate age of the person whom I left the   CITATION TO DISCOVER ASSETS
are as follow:   Sex MALE   Race WHITE   Age 50s

Height 5'7"   Build AVERAGE   Hair GREY

LOCATION OF SERVICE   1 N LASALLE 2200
CHICAGO, IL, 60602

Date Of Service   6/24/08       Time of Service   2:51 PM

LARUE BEY   6/24/2008
SPECIAL PROCESS SERVER
PERC # 129-299771

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

From: 3128533119   Page: 3/3   Date: 6/24/2008 3:55:57 PM

| | | |
|---|---|---|
| ClientCaseID: | MARZIANI | CaseReturnDate: 7/16/08 |
| Law Firm ID: | DAVISMAN | Affidavit of SPECIAL PROCESS SERVER |


*1 8 9 8 4 4 A *

## UNITED STATES DISTRICT COURT

Case Number **08CV3231**

I, LARUE BEY

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  CITATION TO DISCOVER ASSETS
ON THE WITHIN NAMED  DEFENDANT KENNETH A. HENRY, AS AN OFFICER OR AGENT FOR XECHEM
PERSON SERVED  KENNETH A. HENRY
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 6/24/08

That the sex, race and approximate age of the person whom I left the  CITATION TO DISCOVER ASSETS
are as follow:

Sex  MALE    Race  WHITE    Age  50s
Height  5'7"   Build  AVERAGE   Hair  GREY

LOCATION OF SERVICE  1 N LASALLE 2200
CHICAGO, IL, 60602

Date Of Service  6/24/08    Time of Service  2:51 PM

LARUE BEY
SPECIAL PROCESS SERVER
PERC # 129-299771

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

TOTAL P.03