IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **RENUKA MISRA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**XECHEM INTERNATIONAL INC.,**<br><br>**Defendant.** | **Civil Action No. 08-C-03231**<br><br>**Honorable James B. Moran** |

To:   Gini S. Marziani, Esq.
      Davis McGrath LLC
      125 S. Wacker Dr., Suite 1700
      Chicago, IL 60606

Please take notice that, on June 10, 2008, at 9:00 a.m., I shall appear before the Honorable James B. Moran or whomever may be sitting in his place and stead in Courtroom 1843, Dirksen Federal Building, Chicago, Illinois and then and there present Xechem's Motion To Vacate Default Judgment, As Amended, To Stay Supplemental Proceedings, And For Other Relief, a copy of which is attached hereto and herewith served upon you, and at which time you may appear.

                                    **XECHEM INTERNATIONAL, INC.,**
                                    **Defendant.**

                                    By:   /s/ KENNETH A. HENRY
                                          Kenneth A. Henry, its attorney

Kenneth A. Henry, Esq. (#1193457)
Attorney for Xechem
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3912
Tel: 312.857.0100/Fax: 312.857.1157
khenry@kahlaw.com

## CERTIFICATE OF SERVICE

      KENNETH A. HENRY, an attorney, on oath states that, on July 7, 2008, he caused a copy of the foregoing NOTICE OF MOTION and CERTIFICATE OF SERVICE, and XECHEM'S MOTION TO VACATE DEFAULT JUDGMENT, AS AMENDED, TO STAY SUPPLEMENTAL PROCEEDINGS, AND FOR OTHER RELIEF, to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which causes a copy to be electronically mailed to the following CM/ECF Participants:

Gini S. Marziani, Esq.<br>
Davis McGrath LLC<br>
125 S. Wacker Dr., Suite 1700<br>
Chicago, IL 60606

                                                  <u>KENNETH A. HENRY, ESQ.</u>

KENNETH A. HENRY, ESQ. (ARDC # 1193457)
Attorney for Xechem
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3912
Tel:  312.857.0100/Fax:  312.857.1157
khenry@kahlaw.com