IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **RENUKA MISRA,**<br><br>Plaintiff,<br><br>vs.<br><br>**XECHEM INTERNATIONAL INC.,**<br><br>**Defendant.** | **Civil Action No. 08-C-03231**<br><br>**Honorable James B. Moran** |

### NOTICE OF MOTION (corrected)

To:  Gini S. Marziani, Esq.
     Davis McGrath LLC
     125 S. Wacker Dr., Suite 1700
     Chicago, IL 60606

Please take notice that, on July 10, 2008, at 9:00 a.m., I shall appear before the Honorable James B. Moran or whomever may be sitting in his place and stead in Courtroom 1843, Dirksen Federal Building, Chicago, Illinois and then and there present Xechem's Motion To Vacate Default Judgment, As Amended, To Stay Supplemental Proceedings, And For Other Relief, a copy of which was previously served upon you, and at which time you may appear.

> **XECHEM INTERNATIONAL, INC.,**
> **Defendant.**
>
> By:   /s/ KENNETH A. HENRY
>       Kenneth A. Henry, its attorney

Kenneth A. Henry, Esq. (#1193457)
Attorney for Xechem
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3912
Tel: 312.857.0100/Fax: 312.857.1157
khenry@kahlaw.com

## **CERTIFICATE OF SERVICE**

     KENNETH A. HENRY, an attorney, on oath states that, on July 8, 2008, he caused a copy of the foregoing NOTICE OF MOTION (corrected) and CERTIFICATE OF SERVICE to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which causes a copy to be electronically mailed to the following CM/ECF Participants:

Gini S. Marziani, Esq.<br>
Davis McGrath LLC<br>
125 S. Wacker Dr., Suite 1700<br>
Chicago, IL 60606

                                                              KENNETH A. HENRY, ESQ.

KENNETH A. HENRY, ESQ. (ARDC # 1193457)
Attorney for Xechem
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3912
Tel:  312.857.0100/Fax:  312.857.1157
khenry@kahlaw.com