**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **RENUKA MISRA,**<br><br>Plaintiff,<br><br>vs.<br><br>**XECHEM INTERNATIONAL INC.,**<br><br>Defendant. | **Civil Action No. 08-C-03231**<br><br>**Honorable James B. Moran** |

To:  Gini S. Marziani, Esq.                     Jeremy W. Schulman, Esq.
     Davis McGrath LLC                          Leslie G. Moylan, Esq.
     125 S. Wacker Dr., Suite 1700              Schulman, Rogers, Gandal, Pordy & Ecker,
     Chicago, IL 60606                          P.A.
                                                11921 Rockville Pike, Suite 300
                                                Rockville, MD 20852
                                                Fax No. 301.230.2891

PLEASE TAKE NOTICE THAT, on the 23rd day of July 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS MOTION TO VACATE DEFAULT JUDGMENT, AS AMENDED, TO STAY SUPPLEMENTAL PROCEEDINGS, AND FOR OTHER RELIEF, a copy of which is attached hereto and herewith served upon you.

                                              **XECHEM INTERNATIONAL, INC.,**
                                              Defendant.

                                              By:  /s/ KENNETH A. HENRY
                                              Kenneth A. Henry, its attorney

KENNETH A. HENRY, ESQ. (ARDC # 1193457)
Attorney for Xechem
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3912
312.857.0100/312.857.1157 (fax)
khenry@kahlaw.com

## CERTIFICATE OF SERVICE

KENNETH A. HENRY, an attorney, on oath states that, on July 23, 2008, he caused a copy of the foregoing NOTICE OF FILING and CERTIFICATE OF SERVICE, and DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS MOTION TO VACATE DEFAULT JUDGMENT, AS AMENDED, TO STAY SUPPLEMENTAL PROCEEDINGS, AND FOR OTHER RELIEF, to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which causes a copy to be electronically mailed to the following CM/ECF Participants:

> Gini S. Marziani, Esq.
> Davis McGrath LLC
> 125 S. Wacker Dr., Suite 1700
> Chicago, IL 60606

and by faxing and mailing a copy to:

> Jeremy W. Schulman, Esq.
> Leslie G. Moylan, Esq.
> Schulman, Rogers, Gandal, Pordy & Ecker, P.A.
> 11921 Rockville Pike, Suite 300
> Rockville, MD 20852
> Fax No. 301.230.2891

before the hour of 5:00 p.m. in Chicago, Illinois

/s/ KENNETH A. HENRY, ESQ.

KENNETH A. HENRY, ESQ. (ARDC # 1193457)
Attorney for Xechem
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3912
312.857.0100/312.857.1157 (fax)
khenry@kahlaw.com