# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Moran | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3231 | **DATE** | 7/24/2008 |
| **CASE TITLE** | RENUKA MISRA vs. XECHEM INTERNATIONAL INC. | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Plaintiff's response to defendant's motion to vacate default judgment, as amended, to stay supplemental proceedings, and for other relief [11] to be filed by 8/1/2008.  Defendant's reply in support of motion [11] to be filed by 8/15/2008.  Citations will remain in effect.  Motion for leave to appear Pro Hac Vice as to Leslie G. Moylan [16] is granted.  Motion for leave to appear Pro Hac Vice as to Jeremy W. Schulman [17] is granted.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LG |
|---|---|---|