IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RENUKA MISRA<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>XECHEM INTERNATIONAL, INC.,<br><br>　　　　　Defendant. | Civil Action No.: 08 CV 03231<br><br>**AFFIDAVIT OF JAMES SWICKLE** |

　　1.　　I am over the age of twenty-one years, and am competent to state under oath all of the following, of which I have personal knowledge.

　　2.　　I am a Private Process Server employed by J & K Investigative Services, Inc. ("J & K"). I have been employed by J & K for approximately 28 years.

　　3.　　I have never had an instance where any court has deemed that I improperly served legal papers.

　　4.　　I am very familiar with Rule 4 of the Federal Rules of Civil Procedure with respect to the service of process on a corporation. I understand that service of process on a corporation may be accomplished by delivering a copy of the summons and complaint to an officer or a managing or general agent of a corporation.

　　5.　　When entering a corporation's business premises, I always ask to speak to an officer or agent of the corporation that is authorized to accept service. Before delivering the summons and complaint to an individual at a corporation, I always inquire whether that person is authorized to accept legal papers on behalf of the corporation.

　　6.　　On February 11, 2008 at approximately 11:45 a.m., I arrived at Xechem International, Inc.'s ("Xechem") office at 370 Thornall Street, Edison, New Jersey 08837 to

serve the Summons, Complaint, Civil Cover Sheet, and Plaintiff's Rule 103.3 Disclosure of Affiliations and Financial Interest in the above-captioned action.

7. Upon entering Xechem's office, I asked to speak to the specific individuals identified in my service instructions (including Leonard Mudry) or to any officer or authorized agent of the company. A man appeared and identified himself as Leonard Mudry. I specifically asked Mr. Mudry if he was authorized to accept service of legal papers on behalf of Xechem, and he told me that he was. I asked him what his title was at Xechem, but he declined to furnish such information and repeated that he was authorized to accept service on behalf of Xechem. I handed over the above-listed documents to Mr. Mudry, who signed my "work papers" (a copy of which are attached hereto as Exhibit A).

8. Upon leaving, I called Xechem's office and a woman that identified herself as a secretary answered the phone. I asked her what Mr. Mudry's position was at Xechem so that I could accurately complete the Return of Service (a copy of which is attached hereto as Exhibit B). The secretary told me that Mr. Mudry was the Vice President of Finance for Xechem.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 7/30/08

_____
James Swickle

# EXHIBIT

# A

J &K Investigative Services, Inc.
P.O. Box 88
Somerville, NJ 08876
Ph: 908.707.1900
Fax: 908.704.8260



Server Information
RUSH SERVICE
JIM

# RETURN TO OFFICE BY: 02/11/2008

Court Date:

Received: 02/11/2008

Job#:10460

| Court: | |
|---|---|
| Docket/Case No.: | AMD08CV 307 |
| Plf: | Renuka Misra |
| Def: | Xechem International, Inc. |
| Documents: | SUMMONS; COMPLAINT WITH EXHIBITS |

| Recipient: Xechem International, Inc. | | | |
|---|---|---|---|
| Addr: | 379 Thornall Street | Addr: | |
| CSZ: | Edison, NJ 08837 | CSZ: | |
| Phone: | 732-205-0500 | Phone: | |
| County: | MIDDLESEX County | County: | MIDDLESEX County |
| Class: | COMMERCIAL | Class: | UNKNOWN |

SPECIAL INSTRUCTIONS: **PLEASE SERVE ON ROBERT SWIFT, LEONARD MUDRY, STEPHEN BURG, BENJAMIN s. WHITE, HOWARD BECKER, H. SCOTT ENGLISH AND RAMESH PENDEY**

Date of Service: 2-11          Time of Service: 11:45

Person Served: LEONARD MUDRY        Relationship/Title: Refused / Vice Pres. of finance

Phone#:

Sex: M   Skin Color: W   Hair Color: Gray/White   Age: 702   Height: 5 10   Weight: 190

Other Features: GLASSES

| Date | Time | ATTEMPTS Info |
|---|---|---|
| | | |
| | | |
| | | |

Our Client: Capitol Process Services — File#:
Requestor:
1827 18th Street, N.W.
Washington DC 20009
Ph: 800-243-8773 ext 108 — Fax: 202-332-0741
Occupation: Process Server

I ACKNOWLEDGE RECEIPT OF THE LEGAL DOCUMENTS LISTED ABOVE AND CONFIRM THAT THE NAMED PARTY IS NOT CURRENTLY IN ACTIVE MILITARY SERVICE. I FURTHER STATE I AM AUTHORIZED TO ACCEPT ALL LEGAL PROCESS ON BEHALF OF THE INTENDED RECIPIENT.

Rec'd By X...... [signature]

# EXHIBIT

# B

• AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

RENUKA MISRA
1405 Key Parkway East, Unit 201A
Frederick, Maryland 21702
    V.

XECHEM INTERNATIONAL, INC.
379 Thornall Street
Edison, New Jersey 08837

**SUMMONS IN A CIVIL CASE**

CASE

AW 08CV 307

TO: (Name and address of Defendant)

XECHEM INTERNATIONAL, INC.
379 Thornall Street
Edison, New Jersey 08837

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeremy W. Schulman
Leslie G. Moylan
Shulman, Rogers, Gandal, Pordy & Ecker, PA
11921 Rockville Pike, Third Floor
Rockville, Maryland 20814

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon                                2-5-08
CLERK                                                  DATE

(By) DEPUTY CLERK

• AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

| * | **RETURN OF SERVICE** | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 02-11-08 @ 11:45 am | |
| NAME OF SERVER *(PRINT)* James Swickle | TITLE Private Process Server | |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were _____

    G  Returned _____

    G  Other (specify): <u>by serving Leonard Mudry, Vice President of Finance, authorized to accept. Service was completed at 379 Thornall Street, Edison, NJ 08837.</u>

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed    2-12-08
            Date            *Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
*Address of Server*

* Civil Cover Sheet, Plaintiff's Rule 103.3 Disclosure of Affiliations and Financial Interest

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.