## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

RENUKA MISRA

              Plaintiff,

     v.

XECHEM INTERNATIONAL, INC.,

              Defendant.

Civil Action No.: 08 CV 03231

**AFFIDAVIT OF RAMESH PANDEY**

1.     I am over the age of twenty-one years, and am competent to state under oath all of the following, of which I have personal knowledge.

2.     From 1994 to the present, I have been a member of the Board of Directors of Xechem International, Inc. ("Xechem"), a development-stage biopharmaceutical company engaged in the research, development and production of niche generic and proprietary drugs from natural sources.  From 1994 through July 2007, I was the Chairman, Chief Executive Officer and President of Xechem.

3.     Renuka Misra ("Misra") was employed by Xechem from 1991 through 2007. During her tenure, she held the positions of Senior Scientist and Director of Natural Products Research, and was a member of Xechem's Scientific Advisory Board since the Company went public in 1994.

4.     In 1994, Misra, at the direction of Xechem, opened a Xechem office in Frederick, Maryland.[1]  The Frederick, Maryland office was opened because Misra was a Maryland resident and was Xechem's principal liaison with the National Institutes of Health (located in Bethesda,

---

[1] The Frederick, Maryland office was out of Misra's residence.  Misra, and thus Xechem's Maryland office, eventually moved to Gaithersburg, Maryland.

Maryland). Attached hereto as Exhibit A are true and correct copies of business cards that Xechem printed for Misra, which lists both the Frederick, Maryland and New Brunswick, New Jersey offices of Xechem.

5.      Between1994 and 2007, Xechem regularly conducted business out of the Maryland office. Specifically, Misra was integral in, among many other contributions, obtaining grants for Xechem in dealing with the National Institutes of Health (NIH), contributing to the procurement of Orphan Drug Designation from the Food and Drug Administration (FDA) for NICOSAN™ (a drug developed by Xechem to treat Sickle Cell Disease), and participating in the preparation of documents on behalf of Xechem for submission to U.S. and European Union regulatory authorities. Misra performed work in connection with these projects – including preparing and pursuing grant applications and regularly corresponding with officials from NIH, FDA, and other U.S. and foreign regulatory authorities – from Xechem's Maryland office.

6.      Misra was entitled to, and did regularly receive, reimbursement for expenses incurred in connection with conducting regular business out of Xechem's Maryland office. Attached hereto as Exhibit B is a true and correct copy of a July 19, 1995 letter that Xechem sent to Misra at the Maryland office, which confirms her entitlement to such reimbursements.

7.      Pursuant to her employment agreement with Xechem, Misra was entitled to and (until recently) did receive an annual salary of $60,000 and a full benefits package including healthcare and retirement benefits. All of Misra's paychecks were sent to her at Xechem's Maryland office. Attached hereto as Exhibit C are true and correct copies of several paychecks that were mailed by Xechem to Misra in Maryland. Xechem withheld portions of Misra's paychecks for, among other things, payment of Maryland payroll taxes. Attached hereto as Exhibit D is a true and correct copy of Misra's 2007 Form W-2 Wage and Tax Statement.

8.     In addition to providing critical professional services to Xechem, beginning in 1991, Renuka Misra made a series of loans to Xechem.  These loans were eventually consolidated into one promissory note in the amount of $298,300, dated August 23, 2005 (the "First Promissory Note"), which I signed as Chairman and Chief Executive Officer of Xechem. Attached hereto as Exhibit E is a true and correct copy of the First Promissory Note.

9.     The First Promissory Note expressly obligated Xechem to make payments of principal and interest to Misra's address in Maryland.  Xechem regularly made interest payments to Misra at the Maryland address.

10.     Misra loaned an additional $150,000 to Xechem, as evidenced by a May 1, 2005 promissory note (the "Second Promissory Note"), which I signed as Chairman and Chief Executive Officer of Xechem.  Attached hereto as Exhibit F is a true and correct copy of the Second Promissory Note.

11.     The Second Promissory Note expressly obligated Xechem to make payments of principal and interest to Misra's address in Maryland.  Xechem regularly made interest payments to Misra at the Maryland address.

12.     Attached hereto as Exhibit G are true and correct copies of the several interest payments on the First and Second Promissory Notes that were mailed to Misra in Maryland.

13.     Xechem was aware that Misra filed a lawsuit against Xechem in the United States District Court for the District of Maryland before an answer was due in that lawsuit.  Indeed, on February 27, 2008, Xechem publicly filed a Form 8-K with the U.S. Securities and Exchange Commission acknowledging the existence of the lawsuit.  Attached hereto as Exhibit H is a true and correct copy of the February 27, 2008 Form 8-K.

3

14.    In 1994, Leonard Mudry ("Mudry") became the first Vice President of Finance of

Xechem, and later became a member of the Board of Directors. Mudry later became a Senior

Vice President of Xechem. I understand that Xechem contends that Mudry is currently a

"consultant" to Xechem. Regardless of his title, Mudry is extremely integrated with Xechem. In

his current position, Mudry oversees Xechem's accounting operations. Additionally, Mudry

reviews Xechem's filings with the U.S. Securities and Exchange Commissions, including

Xechem's Form 8-Ks and 10-Ks. Mudry is in constant contact with the officers and members of

the Board of Directors of Xechem, including Stephen Burg and Robert Swift. Mudry is also in

frequent contact with Xechem's stock transfer agent and its corporate attorney, Mitchell

Goldsmith.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

Executed on:    August 1st, 2008

_____
    Ramesh C. Pandey, Ph.D.

4

# EXHIBIT

# A



**RENUKA MISRA, Ph. D.**
Director
Natural Products Research

Frederick, MD Office
1405 KEY PARKWAY EAST
UNIT #201-A
FREDERICK, MD 21702
TEL: (301) 695-9225
FAX: (301) 330-5098

**Xechem, Inc.**  Corporate Office
100 JERSEY AVENUE
BLDG. B, SUITE 310
NEW BRUNSWICK, NJ 08901-3279
TEL: (908) 247-3300
FAX: (908) 247 4090



**RENUKA MISRA, Ph. D.**
Director
Natural Products Research

Frederick, MD Office
1405 KEY PARKWAY EAST
UNIT #201-A
FREDERICK, MD 21702
TEL: (301) 695-9225
FAX: (301) 330-5098

**Xechem, Inc.**  Corporate Office
100 JERSEY AVENUE
BLDG. B, SUITE 310
NEW BRUNSWICK, NJ 08901-3279
TEL: (908) 247-3300
FAX: (908) 247 4090

# EXHIBIT

# B



Biomedical Research, Development and Manufacturing

July 19, 1995

Renuka Misra, Ph.D.
1405 Key Parkway East, Unit 201A
Frederick, MD  21702

Dear Dr. Misra:

In a recent discussion with Dr. Pandey, I was informed that as Director, Natural Products, you are now devoting 50% of your time to Xechem research.  In recognition of this increase of time and the excellent results that have been achieved, your annual salary has been increased from $24,000 to $60,000.  The effective date of this increase was June 1, 1995.  The July 24, 1995 payroll will reflect the new rate and a check for the retroactive amount will also be issued.

I would also request that for any telephone calls which you make related to Xechem business, please submit the telephone to me on a monthly basis for reimbursement.

Xechem also offers medical and dental coverage to its employees.  Enclosed is a brief summary of each plan.  The cost per payroll for the medical and dental plans is $12.96 and $2.12 respectively.  If you are interested in participating in either or both of these plans, please complete the enclosed form(s) and return to my attention.

Should you have any questions, please call me.

Sincerely,

Leonard A. Mudry
VP - Finance & Operations

LAM/kz
Enclosure

# EXHIBIT

# C

XECH M INC.
379 THORNALL STREET
6TH FLOOR
EDISON,NJ  08837-9279

9382-000102

1-0002
210

| DATE | CHECK NO. |
|------|-----------|
| 10/15/2007 | 5837 |

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

RENUKA MISRA
1405 KEY PARKWAY EAST #201A
FREDERICK MD  21702

**VOID**

AMOUNT

**VOID****THIS IS NOT A CHECK****VOID****THIS IS NOT A CHECK**

JP MORGAN CHASE BANK
NEW YORK,NY  10019

DEPOSIT ACCOUNT
003923285938

DEPOSIT AMOUNT
*****1571.72

** Non Negotiable **

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

**YOUR BANKING**

FOLD AND REMOVE

| ITEM | AMOUNT | DEPOSIT TO ACCT # |
|------|--------|-------------------|
| NET | 1571.72 | 003923285938 |

| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|----------|-------|------|--------|------------|
| REGULAR | | | 2500.00 | |

| | | | | |
|---|---|---|---|---|
| TOTAL EARNINGS | | | 2500.00 | 68750.00 |

**EMPLOYER INFORMATION**

XF   INC.
3.   JRNALL STREET
6TH  LOOR
EDISON,NJ  08837-3279

PAY PERIOD 10/01/07 TO 10/15/07
CHECK DATE 10/15/07  CHECK #  5837

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---------------|----------|--------|------------|
| | SOC SEC | 152.12 | 4202.02 |
| | MEDICARE | 35.58 | 982.80 |
| S 02 | FEDERAL | 295.75 | 8917.65 |
| S 00 | MD | 98.33 | 2820.18 |

| | | | |
|---|---|---|---|
| TOTAL WITHHOLDINGS | | 581.78 | 16922.65 |

**PERSONAL INFORMATION**

RENUKA MISRA
1405 KEY PARKWAY EAST #201A
FREDERICK MD  21702

SS# XXX-XX-8846 EMPL# 000007 DEPT# 000102

| ADJUSTMENTS | | AMOUNT | YTD AMOUNT |
|-------------|---|--------|------------|
| | S125MEECMP | 46.50 - | 976.50 - |
| | PX401EEPRE | 300.00 - | 6150.00 - |
| OTHER COMP | PX401ERMAT | 100.00 - | 2050.00 - |

| | | |
|---|---|---|
| TOTAL ADJUSTMENTS | | 346.50- |

yrolls by Paychex, Inc.
0022 9382 0004  000102

| | | |
|---|---|---|
| NET PAY | 1571.72 | 44700.85 |

XECHEM,INC.
379 THORNALL STREET
6TH FLOOR
EDISON,NJ 08837-3279

| | 09/14/2007 | 5825 |
|---|---|---|
| 1-0002 210 | DATE | CHECK NO. |

PAY TO THE
ORDER OF

RENUKA MISRA
1405 KEY PARKWAY EAST #201A
FREDERICK MD 21702

**VOID**

AMOUNT

**VOID***THIS IS NOT A CHECK****VOID****THIS IS NOT A CHECK**

JP MORGAN CHASE BANK
NEW YORK,NY 10019

DEPOSIT ACCOUNT
003923285938

DEPOSIT AMOUNT
*****1571.72

** Non Negotiable **

AUTHORIZED SIGNATURE(S)

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT,THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

FOLD AND REMOVE

### YOUR BANKING

| ITEM | AMOUNT | DEPOSIT TO ACCT # |
|---|---|---|
| NET | 1571.72 | 003923285938 |

| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | | | 2500.00 | |
| | | | | |
| TOTAL EARNINGS | | | 2500.00 | 66250.00 |

### EMPLOYER INFORMATION

M,INC.
THORNALL STREET
6.. FLOOR
EDISON,NJ 08837-3279

PAY PERIOD 09/01/07 TO 09/15/07
CHECK DATE 09/14/07 CHECK # 5825

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 152.12 | 4049.90 |
| | MEDICARE | 35.58 | 947.22 |
| S G2 | FEDERAL | 295.75 | 8621.90 |
| S 00 | MD | 98.33 | 2721.85 |
| | | | |
| TOTAL WITHHOLDINGS | | 581.78 | 16340.87 |

### PERSONAL INFORMATION

RENUKA MISRA
1405 KEY PARKWAY EAST #201A
FREDERICK MD 21702

SS# XXX-XX-8846 EMPL# 000007 DEPT# 000102

| ADJUSTMENTS | | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | S125MEECMP | 46.50 - | 930.00 - |
| | PX401EEPRE | 300.00 - | 5850.00 - |
| OTHER COMP | PX401ERMAT | 100.00 | 1950.00 |
| | | | |
| TOTAL ADJUSTMENTS | | 346.50- | |

Payrolls by Paychex, Inc.

0022 9382 0003 000102

NET PAY

| 1571.72 | 43129.13 |

XECHEM, INC.
100 JERSEY AVENUE
BLDG. B, SUITE 310
NEW BRUNSWICK, NJ 08901-3279

| | |
|---|---|
| 08/15/2007 | 5812 |
| DATE | CHECK NO. |

9382-000102

PAY TO THE
ORDER OF

RENUKA MISRA
1405 KEY PARKWAY EAST #201A
FREDERICK MD 21702

**VOID**
AMOUNT

**VOID***THIS IS NOT A CHECK****VOID****THIS IS NOT A CHECK**

** Non Negotiable **

JP MORGAN CHASE BANK
NEW YORK, NY 10019

DEPOSIT ACCOUNT
003923285938

DEPOSIT AMOUNT
*****1571.72

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

FOLD AND REMOVE

## YOUR BANKING

| ITEM | AMOUNT | DEPOSIT TO ACCT # |
|---|---|---|
| NET | 1571.72 | 003923285938 |

| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | | | 2500.00 | |
| TOTAL EARNINGS | | | 2500.00 | 63750.00 |

## EMPLOYER INFORMATION

XECHEM, INC.
100 JERSEY AVENUE
BLDG. B, SUITE 310
NEW BRUNSWICK, NJ 08901-3279

PAY PERIOD 08/01/07 TO 08/15/07
CHECK DATE 08/15/07 CHECK # 5812

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 152.12 | 3897.78 |
| | MEDICARE | 35.58 | 911.64 |
| S 02 | FEDERAL | 295.75 | 8326.15 |
| S 00 | MD | 98.33 | 2623.52 |
| TOTAL WITHHOLDINGS | | 581.78 | 15759.09 |

## PERSONAL INFORMATION

RENUKA MISRA
1405 KEY PARKWAY EAST #201A
FREDERICK MD 21702
SS# XXX-XX-8846 EMPL# 000007 DEPT# 000102

| ADJUSTMENTS | | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | S125MEECMP | 46.50 - | 883.50 - |
| OTHER COMP | PX401EEPRE | 300.00 - | 5550.00 - |
| | PX401ERMAT | 100.00 | 1850.00 |
| TOTAL ADJUSTMENTS | | 346.50- | |

| NET PAY | 1571.72 | 41557.41 |
|---|---|---|

PAYCHEX PAYCHEX PAYCHEX PAYCHE
XP CHEX PAYCHEX P
100 JERSEY AVENUE
BLDG. B , SUITE 310
NEW BRUNSWICK, NJ  08901-3279

| | DATE | CHECK NO. |
|---|---|---|
| 1-0002 210 | 07/06/2007 | 5786 |

PAY TO THE
ORDER OF

RENUKA MISRA
1405 KEY PARKWAY EAST #201A
FREDERICK MD  21702

**VOID**
AMOUNT

**VOID***THIS IS NOT A CHECK****VOID***THIS IS NOT A CHECK**

JP MORGAN CHASE BANK
NEW YORK, NY  10019

DEPOSIT ACCOUNT
003923285938

DEPOSIT AMOUNT
****12434.50

** Non Negotiable **

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO GRAY AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                      FOLD AND REMOVE

### YOUR BANKING

| ITEM | AMOUNT | DEPOSIT TO ACCT |
|---|---|---|
| NET | 12434.50 | 003923285938 |

### EARNINGS

| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | | | 17500.00 | |
| TOTAL EARNINGS | | | 17500.00 | 58750.00 |

### EMPLOYER INFORMATION

XP  M, INC.
  RSEY AVENUE
B.   B, SUITE 310
NEW BRUNSWICK, NJ  08901-3279

PAY PERIOD 07/01/07 TO 07/15/07
CHECK DATE 07/06/07   CHECK #   5786

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 1085.00 | 3593.54 |
| S 02 | MEDICARE | 253.75 | 840.48 |
| | FEDERAL | 2919.25 | 7734.65 |
| S 00 | MD | 807.50 | 2426.86 |
| TOTAL WITHHOLDINGS | | 5065.50 | 14595.53 |

### PERSONAL INFORMATION

RENUKA MISRA
1405 KEY PARKWAY EAST #201A
FREDERICK MD  21702

SS#  XXX-XX-8846  EMPL# 000007 DEPT# 000102

| ADJUSTMENTS | | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | S125MEECMP | | 790.50 - |
| | PX401EEPRE | | 4950.00 - |
| OTHER COMP | PX401ERMAT | | 1650.00 |

| NET PAY | 12434.50 | 38413.97 |
|---|---|---|

XECHEM, INC.
100 JERSEY AVENUE
BLDG. B, SUITE 310
NEW BRUNSWICK, NJ 08901-3279

| 1-0002 | 07/13/2007 | 5795 |
|--------|------------|------|
| 210 | DATE | CHECK NO. |

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

RENUKA MISRA
1405 KEY PARKWAY EAST #201A
FREDERICK MD 21702

**VOID**

AMOUNT

**VOID****THIS IS NOT A CHECK****VOID****THIS IS NOT A CHECK**

JP MORGAN CHASE BANK
NEW YORK, NY 10019

DEPOSIT ACCOUNT
003923285938

DEPOSIT AMOUNT
*****1571.72

** Non Negotiable **

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

FOLD AND REMOVE

### YOUR BANKING

| ITEM | AMOUNT | DEPOSIT TO ACCT # |
|------|--------|-------------------|
| NET | 1571.72 | 003923285938 |

### EARNINGS

| | HOURS | RATE | AMOUNT | YTD AMOUNT |
|------|-------|------|--------|-----------|
| REGULAR | | | 2500.00 | |

### EMPLOYER INFORMATION

XECHEM, INC.
100 JERSEY AVENUE
BLDG. B, SUITE 310
NEW BRUNSWICK, NJ 08901-3279

PAY PERIOD 07/01/07 TO 07/15/07
CHECK DATE 07/13/07  CHECK # 5795

TOTAL EARNINGS  2500.00  61250.00

### FILING STATUS / TAX TYPE

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---------------|----------|--------|-----------|
| | SOC SEC | 152.12 | 3745.66 |
| | MEDICARE | 35.58 | 876.06 |
| S 02 | FEDERAL | 295.75 | 8030.40 |
| S 00 | MD | 98.33 | 2525.19 |

TOTAL WITHHOLDINGS  581.78  15177.31

### PERSONAL INFORMATION

RENUKA MISRA
1405 KEY PARKWAY EAST #201A
FREDERICK MD 21702
SS# XXX-XX-8846 EMPL# 000007 DEPT# 000102

### ADJUSTMENTS

| | | AMOUNT | YTD AMOUNT |
|------|------|--------|-----------|
| OTHER COMP | S125MEECMP | 46.50 - | 837.00 - |
| | PX401EEPRE | 300.00 - | 5250.00 - |
| | PX401ERMAT | 100.00 | 1750.00 |

TOTAL ADJUSTMENTS  346.50-

Payrolls by Paychex, Inc.
0022 9382 0006  000102

NET PAY  1571.72  39985.69

# EXHIBIT

# D

# Form W-2 Wage and Tax Statement 2007

| a Control number 0022-9382 000007-000102 | | |
|---|---|---|
| b Employer's identification number 36-3696864 | Employee's social security number 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 | |
| 13 Statutory employee | Retirement plan | Third-party sick pay |
| 12 See Instrs. for Box 12 D 6150.00 | 14 Other | |

Void c Employer's name, address, and ZIP code
XECHEM INC
100 JERSEY AVENUE
BLDG B, STE 310
NEW BRUNSWICK NJ 08901

e Employee's name, address, and ZIP code
RENUKA MISRA
1405 KEY PARKWAY EAST #201A
FREDERICK MD 21702

Department of the Treasury · Internal Revenue Service
OMB No. 1845-0008

| 1 Wages, tips, other compensation 61623.50 | 2 Federal income tax withheld 8917.65 |
|---|---|
| 3 Social security wages 67773.50 | 4 Social security tax withheld 4202.02 |
| 5 Medicare wages and tips 67773.50 | 6 Medicare tax withheld 982.80 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | |

| 15 State MD | Employer's state ID No. 06802723 | 16 State wages, tips, etc. 61623.50 | 17 State income tax 2820.18 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

This information is being furnished to the Internal Revenue Service

---

# Form W-2 Wage and Tax Statement 2007

| a Control number 0022-9382 000007-000102 | | |
|---|---|---|
| b Employer's identification number 36-3696864 | Employee's social security number 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 | |
| 13 Statutory employee | Retirement plan X | Third-party sick pay |
| 12 See Instrs. for Box 12 D 6150.00 | 14 Other | |

Void c Employer's name, address, and ZIP code
XECHEM INC
100 JERSEY AVENUE
BLDG B, STE 310
NEW BRUNSWICK NJ 08901

e Employee's name, address, and ZIP code
RENUKA MISRA
1405 KEY PARKWAY EAST #201A
FREDERICK MD 21702

Department of the Treasury · Internal Revenue Service
OMB No. 1645-0008

| 1 Wages, tips, other compensation 61623.50 | 2 Federal income tax withheld 8917.65 |
|---|---|
| 3 Social security wages 67773.50 | 4 Social security tax withheld 4202.02 |
| 5 Medicare wages and tips 67773.50 | 6 Medicare tax withheld 982.80 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | |

| 15 State MD | Employer's state ID No. 06802723 | 16 State wages, tips, etc. 61623.50 | 17 State income tax 2820.18 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

This information is being furnished to the Internal Revenue Service

---

# Form W-2 Wage and Tax Statement 2007

| a Control number 0022-9382 000007-000102 | | |
|---|---|---|
| b Employer's identification number 36-3696864 | Employee's social security number 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 | |
| 13 Statutory employee | Retirement plan X | Third-party sick pay |
| 12 See Instrs. for Box 12 D 6150.00 | 14 Other | |

c Employer's name, address, and ZIP code
XECHEM INC
100 JERSEY AVENUE
BLDG B, STE 310
NEW BRUNSWICK NJ 08901

e Employee's name, address, and ZIP code
RENUKA MISRA
1405 KEY PARKWAY EAST #201A
FREDERICK MD 21702

Department of the Treasury · Internal Revenue Service
OMB No. 1845-0008

| 1 Wages, tips, other compensation 61623.50 | 2 Federal income tax withheld 8917.65 |
|---|---|
| 3 Social security wages 67773.50 | 4 Social security tax withheld 4202.02 |
| 5 Medicare wages and tips 67773.50 | 6 Medicare tax withheld 982.80 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | |

| 15 State MD | Employer's state ID No. 06802723 | 16 State wages, tips, etc. 61623.50 | 17 State income tax 2820.18 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

This information is being furnished to the Internal Revenue Service

---

# Form W-2 Wage and Tax Statement 2007

| a Control number | | |
|---|---|---|
| b Employer's identification number | d Employee's social security number | |
| 13 Statutory employee | Retirement plan | Third-party sick pay |
| 12 See Instrs. for Box 12 | 14 Other | |

Void X c Employer's name, address, and ZIP code

e Employee's name, address, and ZIP code

Department of the Treasury · Internal Revenue Service
OMB No. 1845-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | |

| 15 State | Employer's state ID No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

This information is being furnished to the Internal Revenue Service

# EXHIBIT

# E

**XECHEM** ®
*Creating Tomorrow's Medicines Today*

**Xechem International, Inc.**
New Brunswick Technology Center
100 Jersey Avenue
Building B, Suite 310
New Brunswick, NJ 08901-3279
(732) 247-3300
(732) 247-4090 Fax
E-mail: xechem@erols.com

**Promissory Note**

Date: August 23, 2005
New Brunswick, New Jersey

XECHEM INTERNATIONAL, INC., with an address at New Brunswick Technology Center, 100 Jersey Avenue, Building B, Suite 310, New Brunswick, New Jersey 08901 (the "Maker"), for value received, hereby promises to pay to Renuka Misra, 1405 Key Parkway East, Unit 201 A, Frederick, MD 21702, or registered assigns (the "Holder"), the principal amount of Two Hundred Ninety Eight Thousand and Three Hundred US Dollars ($298,300), in a single payment on August 22, 2006 (the "Maturity Date") or earlier and an option to purchase 5,966,000 shares of Common Stock of Xechem International, Inc. at $.01, within the period from August 23, 2005 to August 22, 2010 , for the help to make the loan to the Company. The Holder of the share will have the registration rights. Simple interest at the rate of 12% per annum will be calculated on the basis of a 360-day year consisting of twelve 30-day months.

This Note represents the Maker's obligations to repay loans made by the Holder on August 23, 2005 (the "Loan Date").

1.   <u>Payments.</u>

(a)   Interest on this Note shall be paid at the rate of 12% on the principal balance from the Loan Date on the 1st day of the following month with 10 days grace period, to but excluding the date of payment. The entire amount of principal and balance of interest owed hereunder shall be due and payable in cash on the date of maturity or earlier. All past due principal and interest shall bear interest from maturity date until paid in full at the rate of 15%, unless otherwise mutually agreed by both parties in writing.

(b)   If the Maturity Date would fall on a day that is not a Business Day (as defined below), the payment due on the Maturity Date may be made on the next succeeding Business Day with the same force and effect as if made on the Maturity Date. "Business Day" means any day which is not a Saturday or Sunday and is not a day on which banking institutions are generally authorized or obligated to close in the City of New York, New York.

(c)   The Maker may, at its option, prepay all or any part of the principal of this Note, without payment of any premium or penalty in cash. All payments on this Note shall be applied first to interest hereon and the balance to the payment of principal hereof.

(d)   Payments of principal and interest on this Note shall be made by check to the Holder's address set forth above or to such other address as the Holder may designate for such purpose from time to time by written notice to the Maker.

*Renuka Misra, Ph.D.*
*Promissory Note – August 23, 2005*
*Page 2 of 2*

    (e)    The obligations to make the payments provided for in this Note are absolute and unconditional and not subject to any defense, set-off, counterclaim, rescission, recoupment, or adjustment whatsoever.

    (f)    This Note may be amended only by a written instrument executed by the Maker and the Holder. Any amendment shall be endorsed upon this Note, and all future Holders shall be bound thereby.

    (g)    This Note shall be governed by and construed in accordance with the laws of the State of New Jersey, without giving effect to conflict of laws.

IN WITNESS WHEREOF, the Maker and the Holder have caused this Note to be executed and dated the day and year first above written.

NOTE HOLDER

By: *Renuka Misra*

Name: Renuka Misra, Ph.D.

SS #:    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

Address:    1405 Key Parkway East
Unit 201 A
Frederick, MD 21702

XECHEM INTERNATIONAL, INC.

By: *R.C. Pandey*

Name:    Ramesh C. Pandey, Ph.D.
Title:    Chairman/CEO

*F:\users\ACCTG\WINWORD\notes & loans\PromNote - Renuka Misra (OldDebt) Aug 2005.doc*

# EXHIBIT

# F

# XECHEM®

*Creating Tomorrow's Medicines Today*

**Xechem International, Inc.**
New Brunswick Technology Center
100 Jersey Avenue
Building B, Suite 310
New Brunswick, NJ 08901-3279
(732) 247-3300
(732) 247-4090 Fax
E-mail: xechem@erols.com

**Promissory Note**

Date: May 1st, 2005
New Brunswick, New Jersey

XECHEM INTERNATIONAL, INC., with an address at New Brunswick Technology Center, 100 Jersey Avenue, Building B, Suite 310, New Brunswick, New Jersey 08901 (the "Maker"), for value received, hereby promises to pay to Renuka Misra, 1405 Key Parkway East, Unit 201 A, Frederick, MD 21702, or registered assigns (the "Holder"), the principal amount of One Hundred and Fifty Thousand US Dollars ($150,000.00), in a single payment on November 1st, 2005 (the "Maturity Date") or earlier and an option to purchase 1,500,000 shares of Common Stock of Xechem International, Inc. at $.005 for the help to make the loan to the Company. The Holder of the share will have the registration rights. Simple interest at the rate of 12% per annum will be calculated on the basis of a 360-day year consisting of twelve 30-day months.

This Note represents the Maker's obligations to repay loans made by the Holder on May 1st, 2005 (the "Loan Date").

1. <u>Payments.</u>

(a)    Interest on this Note shall be paid at the rate of 12% on the principal balance from the Loan Date on the 1st day of the following month with 10 days grace period, to but excluding the date of payment. The entire amount of principal and balance of interest owed hereunder shall be due and payable in cash on the date of maturity or earlier. All past due principal and interest shall bear interest from maturity date until paid in full at the rate of 15%.

(b)    If the Maturity Date would fall on a day that is not a Business Day (as defined below), the payment due on the Maturity Date may be made on the next succeeding Business Day with the same force and effect as if made on the Maturity Date. "Business Day" means any day which is not a Saturday or Sunday and is not a day on which banking institutions are generally authorized or obligated to close in the City of New York, New York.

(c)    The Maker may, at its option, prepay all or any part of the principal of this Note, without payment of any premium or penalty in cash. All payments on this Note shall be applied first to six months interest hereon and the balance to the payment of principal hereof.

(d)    Payments of principal and interest on this Note shall be made by check to the Holder's address set forth above or to such other address as the Holder may designate for such purpose from time to time by written notice to the Maker.

*Renuka Misra, Ph.D.*
*Promissory Note – May 1ˢᵗ, 2005*
*Page 2 of 2*

(e)    The obligations to make the payments provided for in this Note are absolute and unconditional and not subject to any defense, set-off, counterclaim, rescission, recoupment, or adjustment whatsoever.

(f)    This Note may be amended only by a written instrument executed by the Maker and the Holder.  Any amendment shall be endorsed upon this Note, and all future Holders shall be bound thereby.

(g)    This Note shall be governed by and construed in accordance with the laws of the State of New Jersey, without giving effect to conflict of laws.

IN WITNESS WHEREOF, the Maker and the Holder have caused this Note to be executed and dated the day and year first above written.

NOTE HOLDER

By: Renuka Misra
Name: Renuka Misra, Ph.D.

SS #:        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

Address:     1405 Key Parkway East
             Unit 201 A
             Frederick, MD 21702

XECHEM INTERNATIONAL, INC.

By: RCPandey
Name:    Ramesh C. Pandey, Ph.D.
Title:    Chairman/CEO

# EXHIBIT

# G

**XECHEM, INC.**                                                                24561

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| | INTEREST - DEC 2006 | | | | 2,983.00 |
| | INTEREST - JAN 2007 | | | | 2,983.00 |
| | (LONG-TERM LOAN) | | | | |

| CHECK DATE | CHECK NO. | PAYEE | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|
| 1/22/07 | 24561 | Dr. Renuka Misra | | $5,966.00 |

---

**XECHEM, INC.**
100 JERSEY AVE.
BLDG. B, SUITE 310
NEW BRUNSWICK, NJ 08901

THE
BANK OF
NEW
YORK
55-27/212

24561

24561
CHECK NO.

Jan 22, 2007
DATE

*******$5,966.00
AMOUNT

Memo:

PAY
TO THE  Five Thousand Nine Hundred Sixty-Six and 00/100 Dollars
ORDER
OF:     Dr. Renuka Misra
        1405 KEY PARKWAY EAST
        UNIT 201A
        FREDERICK, MD  21702

VOID AFTER 60 DAYS


R Pandey
AUTHORIZED SIGNATURE

⑊"0 2 4 5 6 ⑊"  ⑊⑉0 2 ⑊ 2 0 2 7⑉9⑉⑊  ⑊"6 ⑊0 4 9 3 6 2 9 4 ⑊"

XECHEM, INC.

24701

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| | INT. - FEB 2007 | | | | 2,983.00 |
| | INT. - MAR 2007 | | | | 2,983.00 |
| | INT. - APR 2007 | | | | 2,983.00 |
| | (LONG-TERM LOAN) | | | | |

| CHECK DATE | CHECK NO. | PAYEE | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|
| 4/5/07 | 24701 | Dr. Renuka Misra | | $8,949.00 |

XECHEM, INC.
100 JERSEY AVE.
BLDG. B. SUITE 310
NEW BRUNSWICK, N.J 08901

THE
BANK OF
NEW
YORK
55-271/212

24701

| 24701 | Apr 5, 2007 | ********$8,949.00 |
|---|---|---|
| CHECK NO. | DATE | AMOUNT |

Memo:

PAY
TO THE Eight Thousand Nine Hundred Forty-Nine and 00/100 Dollars
ORDER
OF:
Dr. Renuka Misra
1405 KEY PARKWAY EAST
UNIT 201A
FREDERICK, MD 21702

VOID AFTER 60 DAYS



AUTHORIZED SIGNATURE

⑈024701⑈ ⑆021202719⑆ ⑈6104936294⑈

**XECHEM, INC.**

24840

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| | INT. - MAY & JUNE 2007 (LONG-TERM LOAN) | | | | 5,966.00 |

| CHECK DATE | CHECK NO. | PAYEE | | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|---|
| 6/6/07 | 24840 | Dr. Renuka Misra | | | $5,966.00 |

**XECHEM, INC.**
100 JERSEY AVE.
BLDG. B, SUITE 310
NEW BRUNSWICK, NJ 08901

THE
BANK OF
NEW
YORK
55-271/212

24840

| | 24840 | Jun 6, 2007 | *******$5,966.00 |
|---|---|---|---|
| Memo: | CHECK NO. | DATE | AMOUNT |

PAY
TO THE Five Thousand Nine Hundred Sixty-Six and 00/100 Dollars
ORDER
OF:

Dr. Renuka Misra
1405 KEY PARKWAY EAST
UNIT 201A
FREDERICK, MD  21702

VOID AFTER 60 DAYS

_R Candey_
AUTHORIZED SIGNATURE

⑈024840⑈ ⑆021202719⑆ ⑈6104936294⑈

| | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|
| | 7/31/07 | 1,500.00 | | 1,500.00 |
| IN'2-2007.0 | 7/31/07 | 2,983.00 | | 2,983.00 |

| CHECK DATE | CHECK NO. | PAYEE | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|
| 8/13/07 | 25104 | Dr. Renuka Misra | | $4,483.00 |

25104

**XECHEM INC.**
100 JERSEY AVE.
BLDG. B, SUITE 310
NEW BRUNSWICK, NJ 08901

JPMorgan ◯ JPMorgan Chase Bank, N.A.
New York, New York

| 25104 | Aug 13, 2007 | ********$4,483.00 |
|---|---|---|
| CHECK NO. | DATE | AMOUNT |

Memo:

Four Thousand Four Hundred Eighty-Three and 00/100 Dollars

PAY
TO THE
ORDER
OF:

Dr. Renuka Misra
1405 KEY PARKWAY EAST
UNIT 201A
FREDERICK, MD 21702

VOID AFTER 60 DAYS

AUTHORIZED SIGNATURE

⑈025104⑈ ⑆021000021⑆ 6104936294⑈

**XECHEM, INC.**

25176

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| 083107 | | 8/31/07 | 4,483.00 | | 4,483.00 |

| CHECK DATE | CHECK NO. | PAYEE | | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|---|
| 9/14/07 | 25176 | Dr. Renuka Misra | | | $4,483.00 |

25176

**XECHEM, INC.**
100 JERSEY AVE.
BLDG B, SUITE 310
NEW BRUNSWICK NJ 08901

JPMorgan
Chase Bank

25176          Sep 14, 2007          ******$4,483.00
CHECK NO.          DATE                         AMOUNT

Memo

PAY   Four Thousand Four Hundred Eighty-Three and 00/100 Dollars
TO THE
ORDER   Dr. Renuka Misra
OF:     1405 KEY PARKWAY EAST
        UNIT 201A
        FREDERICK MD 21702

VOID AFTER 60 DAYS

AUTHORIZED SIGNATURE

⑈025176⑈ ⑆021000021⑆      6104936294⑈

# EXHIBIT

# H

```
<DOCUMENT>
<TYPE>8-K
<SEQUENCE>1
<FILENAME>xechem8kfeb272008vfinal.txt
<TEXT>
```

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549


FORM 8-K


CURRENT REPORT
Pursuant to Section 13 OR 15(d) of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): February 27, 2008

XECHEM INTERNATIONAL, INC.
-----------------------------------------
(Exact name of registrant as specified in its charter)


| Delaware | 000-23788 | 22-3284403 |
|----------|-----------|------------|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |


379 Thornall, Edison, NJ 08818
------------------------------
(Address of principal executive offices and Zip Code)

Registrant's telephone number, including area code (732) 205-0500


Check the appropriate box below if the Form 8-K filing is intended to
simultaneously satisfy the filing obligation of the registrant under any of the
following provisions (see General Instruction A.2. below):

|_| Written communications pursuant to Rule 425 under the Securities Act (17 CFR
230.425)

|_| Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR
240.14a-12)

|_| Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange
Act (17 CFR 240.14d-2(b))

|_| Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange
Act (17 CFR 240.13e-4(c))


```
<PAGE>
```

SECTION 2 - FINANCIAL INFORMATION

Item 2.04 - TRIGGERING EVENTS THAT ACCELERATE OR INCREASE A DIRECT FINANCIAL OBLIGATION OR AN OBLIGATION UNDER AN OFF-BALANCE SHEET ARRANGEMENT

Defaults on Senior Securities
-----------------------------

The Company is in default on its Debentures with Investors who purchased the Debentures for a total of $7,049,375 in April 2007, by reason of non-payment, and several other breaches of covenants, including that the Company is not current in its SEC filings.

The Company cannot determine now whether it will be able to cure any or all of the defaults and the Company does not have funds or revenues sufficient to pay off the Debentures.

SECTION 8 - OTHER EVENTS

Item 8.01 - OTHER EVENTS

Pending Legal Action
--------------------

The Company has been sued by Dr. Renuka Misra claiming breach of contract and compensation under a consulting agreement with Xechem International, Inc. The Company is defending the action and believes that it does not owe Dr. Misra for services not performed.

SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Dated: February 27, 2008

XECHEM INTERNATIONAL, INC.

By: /s/ Robert Swift
    ------------------------------------
    Robert Swift, Chief Oversight Officer

</TEXT>
</DOCUMENT>