# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3231 | **DATE** | 8/12/2008 |
| **CASE TITLE** | RENUKA MISRA vs. XECHEM INTERNATIONAL, INC. | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order. Defendant's time within which to file its reply in support of its motion to vacate default judgment, as amended, to stay supplemental proceedings, and for other relief is extended to 9/5/2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|