

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RENUKA MISRA,<br><br>Plaintiff,<br><br>vs.<br><br>XECHEM INTERNATIONAL INC.,<br><br>Defendant. | Civil Action No. 08-C-03231<br><br>Honorable James B. Moran |

## AGREED ORDER

Pursuant to the agreement of the parties, Defendant Xechem International, Inc.'s time within which to file its reply in support of its Motion to Vacate Default Judgment, as Amended, to Stay Supplemental Proceedings, and for Other Relief is hereby extended to and including September 5, 2008.

**RENUKA MISRA, Plaintiff.**　　　　　　　**XECHEM INTERNATIONAL, INC., Defendant.**

By:　/s/ Leslie G. Moylan　　　　　　　　By:　/s/ Kenneth A. Henry
　　　Jeremy W. Schulman, Esq. (*pro hac vice*)　　　Kenneth A. Henry, Esq.
　　　Leslie G. Moylan, Esq. (*pro hac vice*)
　　　Shulman, Rogers, Gandal,
　　　　Pordy & Ecker, P.A.

**MITCHELL GOLDSMITH and SHEFSKY & FROELICH LTD., Citation-Respondents.**

By:　/s/ Patricia S. Spratt
　　　Patricia S. Spratt, Esq.
　　　Shefsky & Froelich, Ltd.

SO ENTERED in this District and Division this 12th day of August 2008.

　　　　　　　　　　　　　　　　　　　　　　　James B. Moran, U.S. District Judge