**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **RENUKA MISRA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**XECHEM INTERNATIONAL INC.,**<br><br>**Defendant.** | **Civil Action No. 08 CV 03231**<br><br>**Honorable James B. Moran** |

**NOTICE OF FILING**

To:  Gini S. Marziani, Esq.            Jeremy W. Schulman, Esq.
     Davis McGrath LLC                 Leslie G. Moylan, Esq.
     125 S. Wacker Dr., Suite 1700     Schulman, Rogers, Gandal, Pordy & Ecker,
     Chicago, IL 60606                 P.A.
                                       11921 Rockville Pike, Suite 300
                                       Rockville, MD 20852
                                       Fax No. 301.230.2891

PLEASE TAKE NOTICE THAT, on the 5th day of September, 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, REPLY OF XECHEM INTERNATIONAL, INC. TO PLAINTIFF RENUKA MISRA'S OPPOSITION TO DEFENDANT XECHEM INTERNATIONAL, INC.'S MOTION TO VACATE DEFAULT JUDGMENT, a copy of which is attached hereto and herewith served upon you.

                                         **XECHEM INTERNATIONAL, INC.,**
                                         Defendant.

                                         By:  /s/ KENNETH A. HENRY
                                         Kenneth A. Henry, its attorney

KENNETH A. HENRY, ESQ. (ARDC # 1193457)
Attorney for Xechem
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3912
312.857.0100/312.857.1157 (fax)
khenry@kahlaw.com

## CERTIFICATE OF SERVICE

KENNETH A. HENRY, an attorney, on oath states that, on September 5, 2008, he caused a copy of the foregoing NOTICE OF FILING and CERTIFICATE OF SERVICE, and REPLY OF XECHEM INTERNATIONAL, INC. TO PLAINTIFF RENUKA MISRA'S OPPOSITION TO DEFENDANT XECHEM INTERNATIONAL, INC.'S MOTION TO VACATE DEFAULT JUDGMENT, to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which causes a copy to be electronically mailed to the following CM/ECF Participants:

> Gini S. Marziani, Esq.
> Davis McGrath LLC
> 125 S. Wacker Dr., Suite 1700
> Chicago, IL 60606

> Jeremy W. Schulman, Esq.
> Leslie G. Moylan, Esq.
> Schulman, Rogers, Gandal, Pordy & Ecker, P.A.
> 11921 Rockville Pike, Suite 300
> Rockville, MD 20852
> Fax No. 301.230.2891

before the hour of 5:00 p.m. in Chicago, Illinois

/s/ KENNETH A. HENRY, ESQ.

KENNETH A. HENRY, ESQ. (ARDC # 1193457)
Attorney for Xechem
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3912
312.857.0100/312.857.1157 (fax)
khenry@kahlaw.com